**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
KRISIE DESIREE VASQUEZ,

                Plaintiff,                  21 **CIVIL** 10776 (NSR)(PED)

      -v-                                      **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Stipulation and Order dated November 29, 2022, that the decision of the Commissioner of Social Security be, and hereby is, reversed and that this action be, and hereby is, remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. 405(g), for further administrative proceedings, to include an opportunity for a new hearing and to issue a new decision.

**Dated:**  New York, New York
          November 30, 2022

                                                              **RUBY J. KRAJICK**

                                                               **Clerk of Court**
                                  **BY:**      *K. Mango*
                                                               **Deputy Clerk**